Edward W. Swanson, SBN 159859
SWANSON & McNAMARA LLP
300 Montgomery Street, Suite 1100
San Francisco, California 94104
Telephone: (415) 477-3800
Facsimile: (415) 477-9010

Attorney for JAMES D. MELTON

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ONE 2007 JAGUAR XKR COUPE, ONE<br>2006 CHEVROLET CORVETTE Z06,<br>ONE 2006 MASERATI GRANSPORT,<br>ONE 2004 DODGE DURANGO LIMITED,<br>ONE 2005 ASTON MARTIN DB9; AND<br>$58,983.10 IN BANK ACCOUNT FUNDS,<br><br>Defendants.<br>_____<br><br>JAMES D. MELTON<br><br>Claimant. | Case No.  CV 07-8148 DSF (SHx)<br><br>DECLARATION OF EDWARD W. SWANSON IN SUPPORT OF MOTION TO WITHDRAW AS COUNSEL |

I, Edward W. Swanson, declare and state as follows:

1. I am an attorney at law duly admitted to practice in the State of California admitted to the bar of this Court.  I represent claimant James D. Melton in the above-captioned matter.  Unless otherwise noted, I make this declaration of

1. my own personal knowledge, and if called as a witness, I could and would testify competently to the contents hereof.

2. I am informed and believe that on December 16, 2009, a member of my office staff sent a message to the email address provided to my office by James D. Melton regarding a matter related to his representation. Mr. Melton did not respond to this email.

3. On or about May 19, 2010, Assistant United States Attorney Monica Tait informed me that the criminal investigation concerning Mr. Melton had been closed. Shortly after this conversation, I attempted to locate Mr. Melton by placing a telephone call to the cellular telephone number provided to my office by Mr. Melton. I discovered that the telephone number was no longer in service. I then instructed my office staff to attempt to locate additional contact information for Mr. Melton.

4. I am informed and believe that my office staff located an additional telephone number associated with Mr. Melton's last known address. I placed a call to this number but did not receive a response.

5. I am informed and believe that in early June 2010, members of my office staff attempted to locate Mr. Melton by searching for additional telephone listings for a "James Melton" in the Valrico, Florida, city where Mr. Melton was last known to reside. The search revealed two additional telephone numbers within the "813" area code that are associated with a "James Melton." I am informed and believe that one of these telephone numbers is disconnected. I am informed and believe that my office staff left a voice message at the second telephone number and received no response to that message.

6. On or about June 17, 2010, Ms. Tait informed me that the government would be filing a motion to lift the stay in this action. Following this conversation with Ms. Tait I made additional attempts to contact Mr. Melton.

7. I am informed and believe that on July 7, 2010, my associate, Britt

Swanson Decl. in Support of Motion to Withdraw as Counsel
*United States v. One 2007 Jaguar XKR, et al*,
No. 07-8148 DSF                     2

Evangelist, sent a letter to Mr. Melton's last known residential address and email address. This letter informed Mr. Melton that there had been developments in his case and that I needed to speak with him immediately. The letter also explained that I had been trying to reach him and that if I did not hear from him by July 12, 2010, I intended to seek leave from the court to withdraw as counsel of record. A true and correct copy of this letter is attached as Exhibit A to this declaration. I am informed and believe that the email message was returned as undeliverable. I have received no response to the letter sent via United States mail (return receipt requested).

8. I am informed and believe that on July 7, 2010, my associate, Britt Evangelist placed a telephone call to all known telephone numbers for Mr. Melton. I am informed and believe that cellular telephone number on file for Mr. Melton is still inoperative. I am informed and believe that my associate left a voice message at the alternative telephone number provided by Mr. Melton. I am informed and believe that we have not received a response to this message.

9. I am informed and believe that on July 7, 2010, my office hired Dewey Pittman, a process server with a company named CHOICEprocess, to attempt to personally serve Mr. Melton with the aforementioned letter at his last known address. The process server was unable to effectuate service. I am informed and believe that the process server spoke with a resident at Mr. Melton's last known address, a woman claiming to be Mr. Melton's ex-wife. I am informed and believe that this woman advised the process server that Mr. Melton no longer lives at the residence and that his whereabouts are unknown to her. Attached as Exhibit B to this declaration is a true and correct copy of the facsimile from CHOICEprocess recounting the attempted service.

10. I am informed and believe that on July 15, 2010, my associate, Britt Evangelist, left a voice message for Assistant United States Attorney Monica Tait and informed her of our intent to withdraw from representation. Counsel then

Swanson Decl. in Support of Motion to Withdraw as Counsel
*United States v. One 2007 Jaguar XKR, et al*,
No. 07-8148 DSF                3

provided written confirmation of our intent to withdraw on July 16, 2010. Attached as Exhibit C to this declaration is a true and correct copy of that letter.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

      Executed this 19th day of July, 2010 at San Francisco, California.

/s/
EDWARD W. SWANSON

**Swanson Decl. in Support of Motion to Withdraw as Counsel**
*United States v. One 2007 Jaguar XKR, et al*,
No. 07-8148 DSF            4