```
ANDRÉ BIROTTE JR.
United States Attorney
ROBERT E. DUGDALE
Assistant United States Attorney
Chief, Criminal Division
STEVEN R. WELK
Assistant United States Attorney
Chief, Asset Forfeiture Section
MONICA E. TAIT
Assistant United States Attorney
Asset Forfeiture Section
California Bar No. 157311                   JS 6
     1400 United States Courthouse
     312 North Spring Street
     Los Angeles, California 90012
     Telephone: (213)894-2931
     Facsimile: (213)894-7177
     E-Mail: Monica.Tait@usdoj.gov

Attorneys for Plaintiff
United States of America
```

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | NO.  CV 07-8148 DSF (SHx) |
| Plaintiff, ) | |
| ) | CONSENT JUDGMENT |
| v. ) | |
| ONE 2007 JAGUAR XKR COUPE, ONE ) 2006 CHEVROLET CORVETTE Z06, ) ONE 2006 MASERATI GRANSPORT, ) ONE 2004 DODGE DURANGO LIMITED,) ONE 2005 ASTON MARTIN DB9; AND ) $58,983.10 IN BANK ACCOUNT ) FUNDS, ) ) | |
| Defendants. ) | |
| JAMES D. MELTON, ) ) | |
| Claimant. ) | |

The court having reviewed the accompanying stipulation between the United States of America and James Melton for entry of this Consent Judgment,

IT IS HEREBY ORDERED AS FOLLOWS:

1. James D. Melton ("Melton") has filed a claim to contest the forfeiture of the remaining defendant assets in this case, which are more particularly described as follows:

    a. One 2006 Chevrolet Corvette Z06, bearing VIN 1G1YY26E265126228 and registered to James D. Melton;

    b. One 2004 Dodge Durango Limited, bearing VIN 1D4HB58D44F210253 and registered to James D. Melton;

    c. $40,000 seized from an account at Bank of America in the name of James D. Melton, bearing an account number ending in -2396;

    d. $9,265.71 seized from an account at Bank of America in the name of Rhonda Melton at Bank of America, bearing an account number ending in -8555;

    e. $9,557.39 seized from an account at Regions AM South Bank in the names of Null Perspiration/James D. Melton, bearing an account number ending in -8082; and

    f. $160.00 seized from an account at Colonial Bank of Birmingham, Alabama, in the names of TV Delivered LLC, bearing an account number ending in -6284.

2. The government's complaint in this action was filed on December 14, 2007, alleging that the defendant assets were subject to forfeiture to the United States pursuant to 21 U.S.C. § 881(a)(6) and 18 U.S.C. §§ 981(a)(1)(C), 984. Plaintiff has notified other potential claimants of this action, including Rhonda Melton, pursuant to Supplemental Rule G for Admiralty or Maritime Claims and Asset Forfeiture Actions, Federal Rules of Civil Procedure. Notice of forfeiture of the defendants was

published on March 14, 21, and 28, 2008 and again on May 1, 8, and 15, 2008 in accordance with Supplemental Rule G(4)(a). No claims or answers have been filed to contest the forfeiture of the defendant funds by anyone other than Melton, and the time for filing claims and answers has expired. All potential claimants to the defendants other than Melton are deemed to have admitted the allegations of the complaint.

 3. It is the intent of the United States and Melton to resolve all of their competing claims to the defendants by their accompanying Stipulation and this Consent Judgment.

 4. This Court has jurisdiction over the subject matter of the present action and over the parties to the accompanying Stipulation.

 5. The Complaint states a claim for relief against the defendants.

 6. The parties have agreed to the following disposition of the defendants:

 a. The United States shall have judgment in the present forfeiture action against the interests of James Melton and all other potential claimants in the following assets (the "Forfeited Defendants"):

  i. One 2006 Chevrolet Corvette Z06, bearing VIN 1G1YY26E265126228 and registered to James D. Melton;

  ii. $40,000 seized from an account at Bank of America in the name of James D. Melton, bearing an account number ending in -2396, and all interest earned thereon since the time of seizure;

  iii. $9,557.39 seized from an account at Regions AM

3

```
          South Bank in the names of Null Perspiration/James D.
          Melton, bearing an account number ending in -8082, and all
          interest earned thereon since the time of seizure; and
                iv.   $160.00 seized from an account at Colonial Bank of
          Birmingham, Alabama, in the names of TV Delivered LLC,
          bearing an account number ending in -6284, and all interest
          earned thereon since the time of seizure.
The Forfeited Defendants shall be condemned and forfeited to the
United States of America upon entry of this Consent Judgment.
The United States Marshals Service shall dispose of the Forfeited
Defendants in accordance with law.
     b.   The United States shall return the following
defendants:
                i.    One 2004 Dodge Durango Limited, bearing VIN
          1D4HB58D44F210253 and registered to James D. Melton;
                ii.   $9,265.71 seized from an account at Bank of
          America in the name of Rhonda Melton at Bank of America,
          bearing an account number ending in -8555, and all interest
          earned thereon since the time of seizure.
The United States Marshals Service ("USMS") shall return the 2004
Dodge Durango Limited to Melton not later than 30 days after the
entry of this Consent Judgment by delivering custody of the
vehicle to Melton, or to such party as such Melton may designate
in writing.  The USMS shall return the $9,265.71 to the party
from whom it was seized (Rhonda Melton) not later than 30 days
after (a) the court enters this Consent Judgment and (b) James
Melton provides to government counsel Rhonda Melton's bank
routing information and social security number, whichever is
```

4

later.

7.  Except as to such rights and obligations created by the parties' Stipulation, Melton has released and agreed to hold harmless the United States, and any agents, servants, and employees of the United States (or any state or local law enforcement agency), including without limitation the Drug Enforcement Administration, acting in their individual or official capacities, from all claims, actions or proceedings, including, but not limited to, any claim for attorney's fees and/or costs, or interest, which may hereafter be asserted or brought by him or on his behalf which arise out of the present action.

8.  Each party shall bear its own costs of litigation and attorney's fees.  Each party has waived its right to appeal. This Consent Judgment constitutes a certificate of reasonable cause pursuant to 28 U.S.C. § 2465(a)(2).

9.  At the time this case was filed, the complaint named as defendants in the case three additional vehicles encumbered by large liens held by third parties:  One 2007 Jaguar XKR Coupe, bearing VIN SAJWA43C779B17296; One 2006 Maserati Gransport, bearing VIN ZAMEC38A360026690; and One 2005 Aston Martin DB9, bearing VIN  SCFAD01A25GA00844 (collectively, the "Lien Vehicles").  Melton and the United States previously stipulated and agreed (the "Lien Stipulations") that the lienholders would sell the Lien Vehicles.  No net proceeds remained from the sale of the Lien Vehicles after the payment of the amount owed to the lienholders.  To the extent not already accomplished by the Lien Stipulations and the Orders entered thereon, the Lien Vehicles

are hereby dismissed from this action.

    10.  The Court retains jurisdiction over this case and the parties hereto to effectuate the terms of this settlement.

**IT IS SO ORDERED.**

DATED:   8/30/10  _____

_____
THE HONORABLE DALE S. FISCHER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

ANDRÉ BIROTTE JR.
United States Attorney

by:   /s/ Monica E. Tait
    MONICA E. TAIT
    Assistant United States Attorney

    Attorneys for plaintiff
    UNITED STATES OF AMERICA

6